Dick A. Semerdjian (SBN 123630)
Chad M. Thurston (SBN 339151)
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email: das@sscelaw.com
        chad@sscelaw.com

Attorneys for Defendant
COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVANS, | Case No. **'25CV0249 BEN SBC** |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| v. | [Imperial County Superior Court Case No. ECU003850] |
| COUNTY OF IMPERIAL, THE STATE OF CALIFORNIA, and DOES 1-50, | |
| Defendants. | |

1

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COUNTY OF IMPERIAL ("County") hereby removes this action to the United States District Court for the Southern District of California under 28 U.S.C. §§ 1331, 1441 and 1446, and Federal Rules of Civil Procedure, Rule 81(c) in the civil action entitled *Robert Evans v. County of Imperial, et al.*, Imperial County Superior Court Case No. ECU003850.

## I.    STATEMENT OF GROUNDS FOR REMOVAL

The County received notice of this lawsuit on January 2, 2025. The County now files this notice of removal within 30 days after receiving the Complaint pursuant to 28 U.S.C. § 1446(b)(1).

Plaintiff's Complaint contains both a federal-question claim as well as a state law claim. See 28 U.S.C. §§ 1331, 1441(a): *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.,* 545 U.S. 308, 312 (2005). Specifically, Plaintiff includes claims for Inverse Condemnation brought under both federal and state law, Violation of Due Process under federal and state law, a claim under 28. U.S.C. § 1983, as well as other state law claims for fraud, negligence, intentional infliction of emotional distress, State civil rights, declaratory relief, unjust enrichment, and quiet title. The core of Plaintiff's Complaint is that his civil rights were violated after his grandfather's property was taken by government officials in 1941 to expand a nearby Marine Corps Air Station.

As such, this Court should evaluate predomination "in terms of proof, of the scope of the issues raised, or of the comprehensiveness of the remedy sought." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966). The issues raised and remedy sought by Plaintiff would predominantly rely on his federal law claims.

The County is currently unaware if the State of California has been served in this matter. All attempts to contact Plaintiff's counsel to determine the status of service have been unsuccessful.

## II.   PRIOR PLEADINGS

Pursuant to 28 U.S.C. § 1446, copies of the pleadings and papers served on the removing County Defendant in the above-described action are included with this Notice of Removal as follows:

**Exhibit A:** Plaintiff's Summons to Complaint

**Exhibit B:** Plaintiff's Complaint

Dated:  February 3, 2025                    SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP


By:  */s/ Dick A. Semerdiian*
Dick A. Semerdjian
Chad M. Thurston
Attorneys for Defendant
COUNTY OF IMPERIAL

Case No. _____
NOTICE OF REMOVAL OF CIVIL ACTION