UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVANS,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF IMPERIAL, et al.,<br><br>             Defendants. | Case No. 25-cv-249-BEN (LR)<br><br>**ORDER GRANTING MOTION TO DISMISS COUNTY OF IMPERIAL** |

    The County of Imperial moved to dismiss Plaintiff's Complaint on February 10, 2025. Hearing was set for March 24, 2025. Plaintiff's opposition was due on March 10, 2025. Plaintiff has not filed an opposition. The time for hearing has passed. The Court deems the lack of opposition to be consent to the motion. *See* Local Rule 7.1(f)(2)(b) ("Waiver. A movant's failure to file any papers required under the local rules may be deemed as a waiver of the motion, or other request for ruling by the Court.").

    "Failure to follow a district court's local rules is a proper ground for dismissal. Before dismissing the action, the district court is required to weigh several factors." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). In dismissing that action against the County of Imperial, the following factors have been weighed:

(1) the public's interest in expeditious resolution of litigation (here, the interest is strong and satisfied by early dismissal); (2) the court's need to manage its docket (here, the interest is strong and satisfied by discouraging non-compliance with local rules); (3) the risk of prejudice to defendants (here, the interest is weak); (4) the public policy favoring disposition of cases on their merits (here, the interest is weak in that the statute of limitations will likely bar a ruling on the merits); and (5) the availability of less drastic sanctions (here, the interest is weak as dismissal is not imposed as a sanction).  Considering these factors, Defendant County of Imperial's motion to dismiss is granted, without prejudice. *Wave Plastic Surgery Ctr., Inc. v. Beauty Art Ctr.,* LLC, No. CV205125 DSFMAAX, 2022 WL 2288315, at *1 (C.D. Cal. Mar. 1, 2022) (dismissing where party failed to file opposition brief) (citing *V.V.V. & Sons Edible Oils Limited v. Meenakshi Overseas, LLC,* 946 F.3d 542, 547 (9th Cir. 2019) (non-opposition to motion to dismiss waived any challenge to dismissal of the claims); *Jenkins v. Cty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) (claims can be abandoned if their dismissal is unopposed); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995)).

**IT IS SO ORDERED.**

Dated: March  28, 2025

The Honorable Roger T. Benitez
United States District Judge