Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

August 19,2026

FILED
AUG 2 4 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DDE DEPUTY

Dear Sir or Madame

I received in the mail an order from Judge Todd Robinson that my attorney James Arrasmith has filed a motion seeking withdrawal representation from the case. The order dated August 3, 2026, on page (2) line (9). The Judge makes a statement that I had signed a document to terminate my relationship with the Arrasmith Law firm. That statement by Judge Robinson is incorrect, I have not signed any release of representation with the Arrasmith law firm. Mr. Arrasmith and staff signed my name without my knowledge. The judge also stated that I fail to pay attorney costs, thus far I have paid $30,000 (thirty thousand dollars) to the law firm. The Arrasmith Law Firm lied to Judge Robinson in this matter, and I am requesting an investigation into matter.

Robert L. Evans

510 Broadview Dr.

Grandview, WA. 98930

(509) 840-3785

Robert Evans
510 Broadview Drive
Grandview, WA. 98930

9589 0710 5270 3982 3536 73

SPOKANE WA 990
21 AUG 2026 PM 3 L

$5.550
US POSTAGE IMI
FIRST-CLASS
063S0010937439
FROM 98944

FOREVER

RECEIVED
AUG 24 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

United States District Court
Clerk of the Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

92101-380620